# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JOSEPH P. ROUMAIN, BARBARA
ANN GULLY, JAMES BARRY
LABATUT, CATHERINE A.
PROKOP, JOSEPH A. PROKOP,
JR., INDIVIDUALLY, JOSEPH A.
PROKOP, JR., AS EXECUTOR OF
THE SUCCESSION OF JOSEPH A.
PROKOP, SR., DAVID R.
PROKOP, JAMES B. RENO,
INDIVIDUALLY, JAMES B. RENO
AS ADMINISTRATOR OF THE
SUCCESSION OF VIC RENO, JOHN
F. SANCHEZ, JOHN F. SANCHEZ,
JR., MILLARD WILLIAMS, AND
BARRY MCGEE

VERSUS

320, INC., MICHAEL R.
BRASSETT AND LEO LIEUX
BRASSETT, SR.

NO. 2021 CW 0494

**JULY 19, 2021**

---

In Re: 320, Inc., Michael R. Brassett, and Ruth Simmons Brassett, in her capacity as Executrix of the succession of Leo Lieux Brassett, Sr., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 643756.

---

**BEFORE: WHIPPLE, C.J., WELCH AND WOLFE, JJ.**

**WRIT DENIED.** This court declines to exercise its supervisory jurisdiction. The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (per curiam), are not met.

VGW
JEW
EW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT